IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03706-PAB

RICHARD E. HANCOCK, JR.,

    Plaintiff,

v.

U-HAUL CO. OF COLORADO,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on plaintiff's Motion to Administratively Close Case Pending Arbitration [Docket No. 8]. On December 18, 2020, plaintiff filed his complaint and brought two claims, one for discrimination on the basis of sex and the other for unlawful retaliation, both pursuant to Title VII of the Civil Rights Act. *See* Docket No. 1 at 5-7. On March 5, 2021, plaintiff filed the present motion for administrative closure. *See* Docket No. 8. Plaintiff informs the Court that he has agreed to arbitrate his claims with defendant. *See id.* at 1-2, ¶ 2. Plaintiff seeks to administratively close the case "pending the outcome of the arbitration proceeding." *See id.* at 2, ¶ 4. Defendant has not yet entered an appearance.

    Local Civil Rule 41.2 permits a district judge to "order the clerk to close a civil action administratively subject to reopening for good cause." D.C.COLO.LCivR 41.2. The Court finds that the pending arbitration is good cause to administratively close the case. Either party may move to reopen the case at the end of the arbitration process or for other good cause. Wherefore, it is

    **ORDERED** that this case is administratively closed pursuant to D.C.COLO.LCivR 41.2, subject to being reopened for good cause shown. It is further

    **ORDERED** that the Order and Recommendation of the United States Magistrate Judge [Docket No. 9] is **ACCEPTED**.

    DATED March 12, 2021.